IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GEOTAG, INC., ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v | § | Civil Action No.  4:14-cv-00562-DDB-RAS |
| | § | |
| RAJ V. ABHYANKER, ET AL. | § | |
| | § | |
| Defendants. | § | |

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on **February 23, 2015**.  The conference resulted in settlement.   All parties and counsel were present.

Note from the Mediator (if any):


Signed this 24th day of February, 2015.


/s/ Jeff Kaplan
Hon. Jeff Kaplan (Ret.), Assigned Mediator

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2015, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas.

*Judy Stephenson*
Judy Stephenson, Case Manager