**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-CV-00562-RAS-DDB |
| RAJ V. ABHYANKER and | § | |
| RAJ ABHYANKER, P.C. d/b/a | § | |
| LEGALFORCE and d/b/a LEGALFORCE | § | |
| R.A.P.C. WORLDWIDE | § | |
| | § | |
| *Defendants* | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff GeoTag, Inc., Defendants Raj V. Abhyanker and Raj Abhyanker, P.C. d/b/a Legalforce and d/b/a Legalforce R.A.P.C. Worldwide, and Third-Party Defendant IP Analytics, LLC file this Agreed Motion for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and 41(c), and hereby move for an order dismissing all claims, counterclaims and third-party claims in this action asserted between them WITH PREJUDICE with each party bearing its own costs, expenses and attorneys' fees.

Dated: March 25, 2015

Respectfully submitted,

*/s/ Todd S. Spickard*

_____
Tom C. Clark
Texas Bar No. 04298750
Mark J. Zimmermann
Texas Bar No. 22276420
Dealey, Zimmermann, Clark, Malouf & Blend, P.C.
3131 Turtle Creek Blvd., Ste. 1201
Dallas, Texas 75219
(214) 559-4400
(214) 559-4466 (fax)
tclark@texlex.com
mz@texlex.com

—and—

Todd S. Spickard
Texas Bar No. 90001645
Spickard Law P.C.
3131 Turtle Creek, Suite 300
Dallas, Texas 75219
(214) 460-2337
(214) 276-7553 (fax)
todd@spickardlaw.com

COUNSEL FOR GEOTAG, INC.
and IP ANALYTICS, LLC

*/s/ Michelle MacLeod*

---

Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax: (408) 998-1473
Email: dmount@mount.com; dfingerman@mount.com

Michelle MacLeod (Texas Bar No. 24060204)
MacLeod Law Firm
Rosewood Court
2101 Cedar Springs Rd Ste 1050
Dallas TX 75201
Phone: (214) 347-0570
Fax: (972) 382-9926
Email: michelle@macleodlawfirm.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action via the electronic filing system of the Eastern District of Texas.

*/s/ Todd S. Spickard*

---

Todd S. Spickard